16-37486:5-0. Application for Installment Agreement:Main Document Entered: 11/23/2016 4.00:55 PM by:Shante Boyd Page 2 of 2

Case 16-37486    Doc 11    Filed 12/19/16    Entered 12/20/16 09:37:57    Desc Main
Document    Page 1 of 1

Fill in this Information to identify the case:

Debtor 1   MICHELLE                    JOHNSON
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    16B 37486    District of

Case number
(if known)

Chapter filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☒ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 | 12-27-16 |
| | Month / day / year |
| $ 100 | 1-18-17 |
| | Month / day / year |
| $ 100 | 2-17-17 |
| | Month / day / year |
| + $ | |
| | Month / day / year |
| Total $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

12-19-16                By the court:    J. Cox
Month / day / year
                                         United States Bankruptcy Judge